# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| VIVUS, INC., et al., | Case No. 20-11779 (LSS) |
| Debtors. | (Jointly Administered) |

### ORDER DIRECTING THE UNITED STATES TRUSTEE TO APPOINT AN OFFICIAL COMMITTEE OF EQUITY HOLDERS PURSUANT TO 11 U.S.C. § 1102

For the reasons set forth in the bench ruling of September 11, 2020 with respect to the confirmation hearing on the Amended Joint Prepackaged Chapter 11 Plan of Reorganization of Vivus, Inc. and its Affiliated Debtors,

**IT IS HEREBY ORDERED THAT**, pursuant to 11 U.S.C. § 1102(b)(2), the United States Trustee is directed to appoint a committee of equity security holders.

Dated: September 11, 2020

_____
Laurie Selber Silverstein
United States Bankruptcy Judge

cc:    Andrew R. Vara, United States Trustee
       David L. Buchbinder, Trial Attorney
       Linda J. Casey, Trial Attorney
       Office of the United States Trustee (all by email)